IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:13-CR-173 |
| | ) |
| JASON S. SANT, | ) |
| | ) |
| Defendant. | ) |

## AMENDED RESTITUTION ORDER

1. Pursuant to 18 U.S.C. § 3663A(a)(1), the defendant is sentenced to pay restitution in the amount of **$2,889,821.00** [1] jointly and severally with any co-defendants who are ordered to pay restitution for the same losses.[2]

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The three additional victims' names, addresses, and respective total loss amounts are listed in Supplemental Attachment A to this amended restitution order. The victims and loss amounts in the original restitution order remain exactly as previously specified.

4. Interest is waived.

5. Notwithstanding any other provision of this Restitution Order, including the directive to make periodic payments, restitution is due and payable in full immediately, and the Government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practical.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

---

[1] On September 26, 2013, a restitution order was entered with losses totaling $2,881,421.00. This amended restitution order supplements the original order by including three additional victims with losses totaling $8,400.00, thus increasing the total amount of restitution due to $2,889,821.00.

[2] The known co-defendant is Mark Samad Farhood (1:13-CR-96).

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $200.00 per month beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

9. Within 30 days of (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

11. The Clerk of Court shall distribute the funds to the victims on a pro rata basis. The Clerk may withhold distribution of any restitution amounts until the sum available for restitution to each victim is at least $25.00.

ENTERED this 13th day of Jan., 2014.

at Alexandria, Virginia

/s/
Anthony J. Trenga
United States District Judge

## SUPPLEMENTAL ATTACHMENT A TO RESTITUTION ORDER

| Victim: | Loss Amount: |
|---|---|
| Jerome Jackson | $5,500.00 |
| Tarasina Hodges | $900.00 |
| Peggy Ray | $2,000.00 |
| Total loss amount for additional victims: | $8,400.00 |
| **Total amount due from Defendant:** | **$2,889,821.00** |