IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:13-cr-173-AJT-1 |
| ) | |
| JASON S. SANT, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **ORDER**

Pending before the Court is Defendant's Motion to Reduce Supervised Release Term Pursuant to 18 U.S.C. § 3583(e)(1) [Doc. No. 37] (the "Motion"). In the Motion, Defendant asks the Court to reduce his term of supervised release to "time already served" duration. *Id.* at 1. The United States Probation Office opposes the Motion. *Id.* Defendant's term of supervised release is scheduled to end on February 20, 2021.

While a sentencing court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release" after considering the factors outlined in 18 U.S.C. § 3553(a), *see* § 3583(e), the Court must be "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice," *id.* Here, Defendant has not been fully compliant during his term of supervised release, *see* [Doc. No. 37] at 3 (noting his arrest for theft in 2019), and the Court finds that the interests of justice and the § 3553(a) factors do not warrant an early termination to Defendant's supervised release term.

Accordingly, it is hereby

ORDERED that the Defendant's Motion to Reduce Supervised Release Term Pursuant to 18 U.S.C. § 3583(e)(1) [Doc. No. 37] be, and the same hereby is, DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record, and to Defendant at the address listed in the record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 16, 2020